JP:TAD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**M12-0285**

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

CHRISANTI CLEMENT IGNASS,
   also known as "Cresmo,"

        Defendant.

- - - - - - - - - - - - - - - - -X

REMOVAL TO THE
DISTRICT OF MARYLAND

(Fed. R. Crim. P. 5(c))

EASTERN DISTRICT OF NEW YORK, SS:

      ALBERT PERRY, being duly sworn, deposes and says that he is a Special Agent with the Drug Enforcement Administration ("DEA"), duly appointed according to law and acting as such.

      Upon information and belief, on March 21, 2012, an arrest warrant was issued by the United States District Court for District of Maryland, commanding the arrest of the defendant CHRISANTI CLEMENT IGNASS, also known as "Cresmo," for conspiring to distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 846.

      The source of your deponent's information and the grounds for his belief are as follows:

      1.  On March 21, 2012, an arrest warrant was issued by the United States District Court for the District of Maryland, commanding the arrest of CHRISANTI CLEMENT IGNASS, also known as "Cresmo," for conspiring to distribute and possess with the intent to distribute controlled substances, in violation of Title

21, United States Code, Section 846. Copies of the complaint, affidavit in support of the complaint and the arrest warrant from the District of Maryland are attached hereto.

2. On or about March 20, 2012, DEA agents were alerted that the defendant CRISANTI CLEMENT IGNASS, also known as "Cresmo," had booked a plane ticket to Tanzania, by way of Zurich, Switzerland, which flight was scheduled to leave John F. Kennedy airport at approximately 7:00 p.m. At approximately 7:00 p.m., DEA agents arrested the defendant based on probable cause (as detailed in the attached affidavit), that he had conspired to distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 846.

3. The defendant CRISANTI CLEMENT IGNASS, also known as "Cresmo," was held overnight in DEA custody, pending execution of an arrest warrant in the District of Maryland.

WHEREFORE, it is requested that the defendant CRISANTI CLEMENT IGNASS, also known as "Cresmo," be removed to the District of Maryland so that he may be dealt with according to law.

ALBERT PERRY
Special Agent
DEA

Sworn to before me this
21st day of March 2012

HONORABLE JOAN M. AZRACK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK